IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Criminal No. 3:21-cr-22 | |
| | ) | | |
| KRISTIAN E. HELLER | ) | | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Cindy K, Chung, United States Attorney for the Western District of Pennsylvania, and Arnold P. Bernard, Jr., Assistant United States Attorney for said District, and pursuant to Local Criminal Rule 32.1(D) of the Local Rules of this Court, respectfully represents as follows:

1. The Government received the Presentence Report for Kristian E. Heller, and subsequently conferred with United States Probation Officer, Stacy Y. Miller, and Defense Counsel, Christopher B. Brown, Assistant Federal Public Defender, regarding the contents of the Presentence Report.

2. Pursuant to the Sentencing Guidelines, the Government hereby gives notice it has adopted the findings of the Presentence Report.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney
PA ID No. 317227

*/s/ Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734

## CERTIFICATION

I hereby certify that I have previously discussed the above matters with the probation officer and counsel for Defendant. The government has no objections and has adopted the findings of the Presentence Report.

Dated April 29, 2022

/s/ *Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734