IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21-cr-22 |
| | ) | |
| KRISTIAN HELLER | ) | |

**<u>MEMORANDUM IN AID OF SENTENCING</u>**

Mr. Heller is 46 years old and a native of the Johnstown, PA area. See PSR at p.58. He has never married and has no children. *See id.* at ¶63. He has little to no assets, has a history of working minimum wage jobs, and it is submitted has no realistic prospect for substantial future earnings. *See id.* at ¶¶74, 76.

Mr. Heller has been incarcerated since his arrest in September of 2021 and been housed at the Cambria County Prison under more restrictive conditions during the COVID-19 pandemic. He continues to have family support from his aunt, Esther Heller, who has maintained contact with undersigned counsel about her nephew.

Mr. Heller is scheduled for sentencing on June 2, 2022, following his guilty plea to a single count of possession of Material Depicting the Sexual Exploitation of a Minor, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2). At sentencing he faces a statutory mandatory minimum sentence of 120 months imprisonment. There is a plea agreement in this case, which the Court accepted at the time of the change of plea, and includes a stipulated sentence to the mandatory minimum term pursuant to Federal Rules of Criminal Procedure Rule 11(c)(1)(C). *See id.* at ¶80. The United States Sentencing Guidelines recommend a sentence of 120-121 months'

imprisonment. *See* PSR ¶79. Because of the mandatory minimum sentence required and because the Court has accepted the plea agreement including its stipulated sentence to the minimum, Mr. Heller has no reason to submit any grounds for a downward departure or variance.

WHEREFORE, Kristian Heller respectfully requests a sentence of 120 months' imprisonment and a term of supervised release of 10 years. Restitution is mandatory and, upon information and belief, a pending Supplement to the PSR will reflect Mr. Heller will owe a minimum of $3,000 in restitution in this case per victim. As there is a total of five victims in this case, he will owe a minimum of $15,000 in restitution. Given this, he asks the Court impose no fine. He understands the $100 special assessment is mandatory. He further asks the Court not impose an assessment under the AVAA as he is clearly indigent, has little to no assets, and any fine/assessment would interfere with his ability to pay this restitution contrary to 18 U.S.C. §3572(b). Additionally, he asks this court impose no assessment under the JVAA as he is indigent. Finally, Mr. Heller requests the Court make a recommendation to the Bureau of Prisons that he be placed in a facility as close to his aunt, with whom he previously resided, in Windber, PA as possible.

                                              Respectfully submitted,

                                              **S\ Christopher B. Brown**
                                              Christopher B. Brown
                                              Assistant Federal Public Defender
                                              PA I.D. No. 85117